# Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:    212-465-1188
                    cklee@leelitigation.com

May 29, 2018

**Via ECF**
The Honorable F. Dennis Saylor, IV, U.S.D.J.
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

       Re:    *Godino v. J.P. Lick's Homemade Ice Cream Company, Inc.*
            Case No. 18-cv-10066

Dear Judge Saylor:

    We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendant, to inform the Court that the parties have reached a settlement in principle.

    The parties respectfully request that the Court dismiss this action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final Notice of Dismissal by such time.

    In view of the contemplated settlement, the parties respectfully request the Court adjourn all pending dates and deadlines, *sine die*, including, but not limited to, the Scheduling Conference currently scheduled for May 30, 2018 at 3:10 p.m.

    We thank Your Honor for considering this matter.


Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.


cc: all parties via ECF

**CERTIFICATE OF SERVICE**

      I, C.K. Lee, hereby certify that on May 29, 2018, a true and correct copy of this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and by first-class mail to all nonregistered participants, if any.

      /s/  C.K.Lee
      C.K. Lee, Esq.